IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Toby Marsh,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | No. CV-25-00022-TUC-SHR<br><br>**Order Adopting Report and Recommendation** |

On September 11, 2025, Magistrate Judge James E. Marner issued a Report and Recommendation (R&R) recommending the Court reverse the decision of the administrative law judge (ALJ) and remand for further administrative proceedings. (Doc. 25.) The R&R notified the parties they had fourteen (14) days after being served with a copy of the R&R to file any objections. (*Id.* at 16–17.) No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (noting a district court need only review a magistrate judge's findings and recommendations *de novo* if objection is made). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Thomas*, 474 U.S. at 154.

In this case, the deadline for filing objections has passed. As noted, no objections have been filed, and neither party has requested additional time to do so despite the warning from Judge Marner indicating "[i]f objections are not timely filed, they may be deemed waived." (Doc. 25 at 17.) Therefore, the Court will adopt the R&R on that basis alone. *See Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (declining to substantively review magistrate judge's report and recommendation because no objections were filed). Accordingly,

**IT IS ORDERED** Magistrate Judge Marner's Report and Recommendation (Doc. 25) is **ADOPTED.**

**IT IS FURTHER ORDERED** the ALJ's decision is **REVERSED** and this matter is **REMANDED** to the Commissioner of the Social Security Administration for further administrative proceedings.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment accordingly and close this case.

Dated this 29th day of October, 2025.

Honorable Scott H. Rash
United States District Judge